# EXHIBIT A

skip to main content

Print

# CASE INFORMATION

## CV-20-928910 EDWIN HOLT vs. OTIS ELEVATOR COMPANY

### Docket Information

| Filing Date | Docket Party | Docket Type | Docket Description | View Image |
|---|---|---|---|---|
| 02/12/2020 | N/A | SR | USPS RECEIPT NO. 41034079 DELIVERED BY USPS 02/07/2020 OTIS ELEVATOR COMPANY PROCESSED BY COC 02/12/2020. | |
| 02/04/2020 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 02/04/2020 | D1 | CS | WRIT FEE | |
| 02/04/2020 | D1 | SR | SUMS COMPLAINT(41034079) SENT BY CERTIFIED MAIL. TO: OTIS ELEVATOR COMPANY C/O CT CORPORATION SYSTEM 4400 EASTON COMMONS WAY, SUITE 125 COLUMBUS, OH 43219 | 📄 |
| 02/04/2020 | N/A | SF | JUDGE JOHN J RUSSO ASSIGNED (RANDOM) | |
| 02/04/2020 | P1 | SF | LEGAL RESEARCH | |
| 02/04/2020 | P1 | SF | LEGAL NEWS | |
| 02/04/2020 | P1 | SF | LEGAL AID | |
| 02/04/2020 | P1 | SF | COURT SPECIAL PROJECTS FUND | |
| 02/04/2020 | P1 | SF | COMPUTER FEE | |
| 02/04/2020 | P1 | SF | CLERK'S FEE | |
| 02/04/2020 | P1 | SF | DEPOSIT AMOUNT PAID KATHLEEN R HARRIS | |
| 02/04/2020 | N/A | SF | CASE FILED: COMPLAINT | 📄 |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.

Website Questions or Comments.
Copyright © 2020 PROWARE. All Rights Reserved. 1.1.232



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

New Case Electronically Filed:
February 4, 2020 11:35

By: KATHLEEN R. HARRIS 0088079

Confirmation Nbr. 1934109

EDWIN HOLT            CV 20 928910

   vs.

OTIS ELEVATOR COMPANY      **Judge:** JOHN J. RUSSO

Pages Filed: 5

## IN THE COMMON PLEAS COURT OF CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| **EDWIN HOLT,**<br>12342 Saywell Avenue<br>Cleveland, Ohio 44108<br><br>      Plaintiff,<br><br>v.<br><br>**OTIS ELEVATOR COMPANY,**<br>c/o CT Corporation System<br>4400 Easton Commons Way, Suite 125<br>Columbus, Ohio 43219<br><br>      Defendant. | ) Case No.:<br>)<br>) Judge:<br>)<br>) **COMPLAINT**<br>)<br>) *(Jury Demand Endorsed Hereon)*<br>)<br>) Kathleen R. Harris (0088079)<br>) Andrea R. Young (0096334)<br>) Charles E. Boyk Law Offices, LLC<br>) 405 Madison Ave., Suite 1200<br>) Toledo, Ohio 43604<br>) Telephone: (419) 241-1395<br>) Facsimile: (419) 241-8731<br>) kharris@charlesboyk-law.com<br>) ayoung@charlesboyk-law.com<br>)<br>) Attorneys for Plaintiffs |

Now comes Plaintiff Edwin Holt, by and through counsel, and hereby files this Complaint against Defendant Otis Elevator Company for damages arising out of injuries he sustained in one of Defendant's elevators on or about April 4, 2018. In support of his claims, Plaintiff states as follows:

### THE PARTIES

1. Plaintiff Edwin Holt is an individual and a resident of Cleveland, Cuyahoga County, Ohio.

2. Defendant Otis Elevator Company is a corporation doing business in the State of Ohio and is engaged in the business of designing, manufacturing, installing, servicing, maintaining, and repairing elevators. At all times relevant to this Complaint, Defendant was responsible for

maintaining, servicing, and repairing elevators in the Louis Stokes Cleveland VA Medical Center located at 10701 East Boulevard in Cleveland, Cuyahoga County, Ohio.

## JURISDICTION AND VENUE

3. Plaintiff incorporates by reference each preceding and succeeding paragraph as though fully rewritten herein.

4. The Cuyahoga County Common Pleas Court has jurisdiction over this matter pursuant to R.C. 2305.01.

5. Venue is proper in this Court pursuant to Civil Rules 3(C)(3) and 3(C)(6), as this is the county in which the Defendant conducted activity that gave rise to the claim for relief, and the county in which all or part of the claim for relief arose.

6. Pursuant to Civil Rule 8(A), Plaintiff states that he seeks a judgment in excess of Twenty-Five Thousand Dollars ($25,000.00).

## FACTUAL ALLEGATIONS

7. Plaintiff incorporates by reference each preceding and succeeding paragraph as though fully rewritten herein.

8. At all relevant times, Plaintiff Edwin Holt was employed as a medical supply technician at the Louis Stokes Cleveland VA Medical Center ("VA Hospital") in Cleveland, Ohio.

9. On or about April 4, 2018, Mr. Holt reported to the VA Hospital for his 3:00 p.m. to 11:30 p.m. shift.

10. After collecting medical equipment for sterilization on the second floor of the main atrium and placing the equipment in a large cart, Plaintiff Edwin Holt planned to take the cart to the fourth floor to collect dental equipment.

11. Due to long waits for elevators, Edwin entered an elevator that was headed down, with the plan that he would ride it down and then take it back up to his fourth-floor destination.

12. No one else was on the elevator when Mr. Holt entered it on the second floor. When he pushed the cart onto the elevator and the doors closed, the lights suddenly went out and the elevator plummeted to the basement, shaking violently as it crashed.

13. Edwin tried to maintain control over the heavy cart while the elevator fell, attempting to keep it from slamming him against the elevator's walls.

14. When the elevator stopped, the lights were still out. Mr. Holt was able to use light from his cell phone to locate the alarm button, and he informed the person who responded to the alarm that the elevator had just crashed.

15. The lights came back on, and eventually the elevator doors opened. When they did, the elevator floor was not flush with the basement floor, but instead was beneath the level of the basement floor by several inches.

16. A maintenance worker was outside the elevator in the basement. He had heard the elevator crash and helped Plaintiff Edwin Holt exit the elevator with the cart, then blocked the elevator off with trash cans.

17. As Plaintiff was walking to tell his supervisor what had happened, he felt a sharp, stabbing pain in his left leg along with tingling in his foot, which went numb. This was quickly followed by pain shooting down the left side of his neck into his shoulders. He sought immediate medical attention and began treating for serious personal injuries.

18. At all relevant times, Defendant Otis Elevator Company was responsible for the operational maintenance, inspections of, servicing, and/or repairs of elevators in the VA Hospital, including this particular elevator, and for warning of any non-obvious dangers in the elevator.

19. At the time of the incident described herein, the elevators in the VA Hospital, including the one at issue here, had a history of maintenance and safety problems that was known to Defendant.

### FIRST CAUSE OF ACTION
(*Negligence*)

20. Plaintiff incorporates by reference each preceding and succeeding paragraph as though fully rewritten herein.

21. Defendant Otis Elevator Company had a duty to maintain the safety and reliability of the elevators in the VA Hospital, including the one at issue here, to periodically inspect the elevators for any defects, and to make all repairs necessary to keep the elevators in safe, functional condition.

22. Defendant breached its duty by negligently failing to maintain the safety and reliability of the elevator Plaintiff was in at the time described herein, failing to properly inspect the elevator for any defects, and failing to make repairs that were necessary to keep it in safe, functional condition.

23. As a direct and proximate result of Defendant Otis Elevator Company's negligence and breach of its duty of care, Plaintiff Edwin Holt sustained serious personal injuries, including but not limited to injuries to his back and neck, along with serious psychological injuries. Edwin was required to undergo medical care and incurred medical care costs, and he incurred great pain, suffering, severe mental anguish, and emotional distress along with wage loss and other economic damages.

24. Further, Plaintiff believes his injuries are permanent in nature such that he will require future medical care and incur future medical care costs, and that he will continue to endure great pain, suffering, mental anguish, and emotional distress.

4

WHEREFORE, Plaintiff Edwin Holt prays for judgment against Defendant Otis Elevator Company in an amount exceeding Twenty-Five Thousand Dollars ($25,000.00), together with interest, costs, reasonable attorney fees associated herewith, and such other relief as the Court may deem just.

Respectfully submitted,

/s/ Kathleen R. Harris
Kathleen R. Harris
Attorney for Plaintiff

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues triable by right.

Respectfully submitted,

/s/ Kathleen R. Harris
Kathleen R. Harris
Attorneys for Plaintiffs

## PRAECIPE

TO THE CLERK:

Please serve summons and Complaint upon Defendant by certified mail, return receipt requested, at the address listed on the caption.

/s/ Kathleen R. Harris
Kathleen R. Harris
Attorneys for Plaintiff

5

# UNITED STATES
# POSTAL SERVICE

Date Produced: 02/10/2020

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3540 0370 19. Our records indicate that this item was delivered on 02/07/2020 at 10:55 a.m. in COLUMBUS, OH 43219. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: CV20028910 R41034070 / OTIS ELEVATOR COMPANY / 2020-02-10 05:04  Case  CV2092891O
Sent To:  C/O CT CORPORATION SYSTEM 4400 EASTON COMMONS WAY, SUITE 125 COLUMBUS, OH 43219

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV20928910 | D1 CM | 41034079 |

Rule 4 (B) Ohio

Rules of Civil Procedure

EDWIN HOLT **PLAINTIFF**
VS
OTIS ELEVATOR COMPANY **DEFENDANT**

# SUMMONS

OTIS ELEVATOR COMPANY
C/O CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY, SUITE 125
COLUMBUS OH 43219

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

Said answer is required to be served on:



Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

**Plantiff's Attorney**

KATHLEEN R HARRIS
405 MADISON AVE STE 1200

TOLEDO, OH 43604-0000

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

Case has been assigned to Judge:

JOHN J RUSSO
Do not contact judge. Judge's name is given for attorney's reference only.



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas



By _____
Deputy

| DATE SENT |
|---|
| Feb 4, 2020 |

COMPLAINT FILED   02/04/2020

CMSN130